# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Smiley, Brenda J | Case Number:  04 B 20237 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 03/03/09 | Filed:  5/25/04 |

## FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 20, 2009
Confirmed:  July 30, 2004

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 21,284.42 | |
| Secured: | | 5,548.65 |
| Unsecured: | | 11,167.64 |
| Priority: | | 667.23 |
| Administrative: | | 2,799.00 |
| Trustee Fee: | | 1,101.90 |
| Other Funds: | | 0.00 |
| Totals: | 21,284.42 | 21,284.42 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Neal Feld | Administrative | 2,799.00 | 2,799.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 4. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 5,548.64 | 5,548.65 |
| 6. | Cook County Treasurer | Secured | 1,806.73 | 0.00 |
| 7. | Internal Revenue Service | Priority | 667.23 | 667.23 |
| 8. | Countrywide Home Loans Inc. | Unsecured | 550.00 | 165.06 |
| 9. | ECast Settlement Corp | Unsecured | 311.34 | 485.04 |
| 10. | Wells Fargo Financial | Unsecured | 502.36 | 782.70 |
| 11. | Bank Of America | Unsecured | 594.69 | 926.44 |
| 12. | ECast Settlement Corp | Unsecured | 2,433.24 | 3,791.02 |
| 13. | Internal Revenue Service | Unsecured | 120.46 | 187.68 |
| 14. | American Express Centurion | Unsecured | 554.84 | 864.38 |
| 15. | ECast Settlement Corp | Unsecured | 738.95 | 1,151.22 |
| 16. | Resurgent Capital Services | Unsecured | 307.02 | 478.33 |
| 17. | Resurgent Capital Services | Unsecured | 1,499.16 | 2,335.77 |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | American General Finance | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Discover Financial Services | Unsecured | | No Claim Filed |
| 22. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| 23. | Legacy | Unsecured | | No Claim Filed |
| 24. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 25. | Visa | Unsecured | | No Claim Filed |
| 26. | Associates | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Smiley, Brenda J

Printed: 03/03/09

Case Number:  04 B 20237
Judge:  Goldgar, A. Benjamin
Filed:  5/25/04

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Wal Mart Stores | Unsecured | | No Claim Filed |
| 28. First USA Bank/Lomas Bank | Unsecured | | No Claim Filed |
| | | $ 18,433.66 | $ 20,182.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 52.21 |
| 6.5% | 217.85 |
| 3% | 42.28 |
| 5.5% | 234.20 |
| 5% | 70.89 |
| 4.8% | 136.28 |
| 5.4% | 348.19 |
| | $ 1,101.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

